7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Becky Ann Spence
*Debtor*

*Bankruptcy Case No.*
13−60029−abf7

**Norman Rouse**
   Plaintiff(s)

*Adversary Case No.*
14−06029−abf

v.

**Lewis Rauch**
**Carol L. Rauch**
**Gail L. Fredrick**
**Sunset Cove Condominium Owners Association, Inc.**
**D.SC.N., Inc. Raugh Capital LLC**
**Norman Rouse**
   Defendant(s)

# JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is Hereby Entered as follows: On Count I of the Trustees Amended Complaint (Doc. No. 23) for turnover pursuant to 11 U.S.C. § 542, Judgment in favor of Defendant Sunset Cove Condominium Owners Association, Inc. in the amount of $37,138.80; and in favor of the Plaintiff−Trustee for the remainder of the proceeds from the sale of the Boat Slip. On Count II of the Trustees Amended Complaint for preference under 11 U.S.C. § 547, Judgment in favor of Defendant Sunset Cove Condominium Owners Association, Inc.. On Count III of the Amended Complaint for declaratory judgment pursuant to 11 U.S.C. § 544, Judgment in favor of the Plaintiff−Trustee, and against Defendants Lewis Rauch; Carol L. Rauch; and D.SC.N., Inc. Rauch Capital LLC.. On Count IV of the Complaint for willful violation of the stay, Judgment in favor of Defendant Sunset Cove Condominium Owners Association, Inc.. On the Cross−Claim by Lewis Rauch; Carol L. Rauch; and D.SC.N., Inc. Rauch Capital LLC. against Gail Fredrick and Sunset Cove Condominium Owners Association, Inc. (Doc. No. 16), Judgment in favor of Gail Frederick and Sunset Cove Condominium Owners Association, Inc.. On the Counterclaim by Lewis Rauch; Carol L. Rauch; and D.SC.N., Inc. Rauch Capital LLC. against the Trustee (Doc. No. 16), Judgment in favor of the Trustee. Each party to bear its own costs.

Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
   Deputy Clerk



Date of issuance: 1/26/16

Court to serve